MAY D. HARDING, Respondent, v. GENING REALTY CORPORATION, Appellant, Impleaded with Another. CHARLES KUNTZE, Receiver, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and Martin, J., dissent and vote for affirmance.

PECK & STERBA, INC., and Others, Appellants, v. J. ROY ALLEN and PECK & STERBA, INCORPORATED, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DANIEL MILTON, Appellant, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FREDERIC L. THOMPSON, Respondent, v. HORACE J. BROOKES, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes for affirmance.

NATHAN BLUME, Respondent, v. WILLIAM S. VALLON, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARY GAMBON, as Administratrix, etc., of MICHAEL GAMBON, Deceased, and Others, Respondents, v. THE CITY OF NEW YORK and Others, Defendants, Impleaded with EDWARD V. MCGOVERN CORPORATION and Another, Appellants. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. UNITED STATES TRUST COMPANY OF NEW YORK, Defendant, Impleaded with BIRDIE F. COHEN and Others, Appellants. ROBERT E. DOWLING, Receiver, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ROBERT AUGUSTSON, Appellant, v. RYDER HENRY, 2D, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAY L. SUTCLIFFE, Appellant, v. HEATON B. SUTCLIFFE, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN GUIRAGOS, Individually and on Behalf of All Other Stockholders of the TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, Similarly Situated, Appellant, v. TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION and Others, Respondents, Impleaded with Another.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.